**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

*[stamp]* UNITED STATES DISTRICT COURT
FILED
JAN 5 2021
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 07/07 WDNY

Felisa A. Davis
2436 9th Street
Niagra Falls

Name(s) of Plaintiff or Plaintiffs

**Jury Trial Demanded: Yes_____ No _X_**

-VS-

Spectrum Health & Human Services
227 Mcgee
Orchard Park, NY

Name of Defendant or Defendants

Glenn Mcgiveu

**DISCRIMINATION COMPLAINT**

__21__ -CV- __18__ JLS

You should attach a copy of your **original  Equal Employment Opportunity Commission
(EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND**
a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint.  Failure to do
so may delay your case.

**Note:**  *Only those grounds raised in the charge filed with the Equal Employment Opportunity
Commission can be considered by the federal district court under the federal
employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that
apply)*:

_____  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17
(amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race,
color, gender, religion, national origin).
> **NOTE**:  In order to bring suit in federal district court under Title
> VII, you **must first obtain a right to sue letter** from the Equal
> Employment Opportunity Commission.

_✓_  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634
(amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of
1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE**:  In order to bring suit in federal district court under the Age
> Discrimination in Employment Act, you **must first file charges** with the
> Equal Employment Opportunity Commission.

_____  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117
(amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE:**  In order to bring suit in federal district court under the Americans
> with Disabilities Act, you **must first obtain a right to sue letter** from the
> Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the
aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.  Jurisdiction may also be
appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of
1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

✓  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297  (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1. My address is: _2936  9th  Street_
   _Niagara Falls, NY  14305_

   My telephone number is: _716 - 518-4412_

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: _Spectrum Human & Health Service_

   Number of employees: _OVER 300_

   Address: _____

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked.  (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: _____

   Address: _____

## CLAIMS

4. I was first employed by the defendant on (date): _April 3, 2017_

2

5.   As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
     _August 2018_

6.   As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any
     did): _August 2018 until terminate_

7.   I believe that the defendant(s)

     a. _____      Are still committing these acts against me.
     b. _____      Are not still committing these acts against me.
     (Complete this next item **only** if you checked "b" above)   The last discriminatory act
     against me occurred on (date) _____

     _____

8.   (Complete this section **only** if you filed a complaint with the New York State Division of
     Human Rights)

     The date when I filed a complaint with the New York State Division of Human Rights is

     _____
     _ (estimate the date, if necessary)

     I filed that complaint in (identify the city and state): _____

     _____

     The Complaint Number was: _____

9.   The New York State Human Rights Commission did _____ /did not _____
     issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the
     decision to **each** copy of the complaint; failure to do so will delay the initiation of your
     case.)

10.  The date (if necessary, estimate the date as accurately as possible) I filed charges with the
     Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged
     discriminatory conduct is: _of charge August_

11.  The Equal Employment Opportunity Commission did _____ /did not
     _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one
     copy of the decision to **each** copy of the complaint; failure to do so will delay the
     initiation of your case.)

12.  The Equal Employment Opportunity Commission issued the attached Notice of Right to
     Sue letter which I received on: _October 3, 2020_ . (**NOTE:** If it

3

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.  I am complaining in this action of the following types of actions by the defendants:

a. _____  Failure to provide me with reasonable accommodations to the application process

b. _____  Failure to employ me

c. ___✓____  Termination of my employment

d. ___✓____  Failure to promote me

e. ___✓____  Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. _____  Harassment on the basis of my sex

g. ___✓____  Harassment on the basis of unequal terms and conditions of my employment

h. ___✓____  Retaliation because I complained about discrimination or harassment directed toward me

i. _____  Retaliation because I complained about discrimination or harassment directed toward others

j. _____  Other actions (please describe) _____

_____

_____

14.  Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

a. ___✓____  Race

b. _____  Color

c. _____  Sex

d. _____  Religion

e. _____  National Origin

f. _____  Sexual Harassment

g. ___✓____  Age

_____ Date of birth

h. ____  Disability
Are you incorrectly perceived as being disabled by your employer?
____ yes ____ no

15.  I believe that I was _____/was not ____ (intentionally) discriminated against by the defendant(s).

16. I believe that the defendant(s) is/are _____ is not/are not ___✓___ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (**NOTE**: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:
    _____ **has not** issued a Right to sue letter
    ___✓___ **has** issued a Right to sue letter, which I received on _____

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

    *Harassed because I requested equal pay for same job grade as peers.*

## FOR LITIGANTS ALLEGING AGE DISCRIMINATION

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    ___✓___ 60 days or more have elapsed    _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

5

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____ *January 2018* _____

_____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____ *When I returned for disability - workers compensation they removed my desk and only provided a chair, they did not provide other better tools* _____

24. The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: *4/4/2021*          *[signature]*

Plaintiff's Signature

6



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Buffalo Local Office**

300 Pearl Street, Ste. 450
Buffalo, NY 14202

Felissa Davis
2936 9th Street
Niagara Falls, NY 14305

Re:  *Davis v. Spectrum Health & Human Services*
EEOC Charge No. 525-2019-00539

Dear Ms. Davis:

The Equal Employment Opportunity Commission ("Commission") has concluded its inquiry/investigation into your allegations of discrimination contained in the above-referenced charge. The Commission has implemented charge prioritization procedures to address the dual problem of our limited resources and growing charge inventory. Under Commission procedures, we focus our resources only on those charges that are most likely to result in findings of violations of the laws we enforce. In accordance with these procedures, the Commission has evaluated your charge based on the evidence provided.

In your charge, you alleged that you were discriminated against by Spectrum Health and Human Services ("Respondent") because of race, color, age and disability in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), the Age Discrimination in Employment Act ("ADEA") and the Americans with Disabilities Act ("ADA"), respectively. Specifically, you alleged that you were denied equal terms and conditions of employment afforded others (including pay). You further alleged that after you complained, you were retaliated against.

Based upon the information provided by the parties, the Commission is unable to conclude that the evidence obtained establishes a violation of Title VII, the ADEA or the ADA. Please be advised, the Commission has completed its processing of this charge and this charge will be dismissed. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issue that might be construed as having been raised by this charge. Included with this letter is your "Dismissal and Notice of Rights". Following this dismissal, you may only pursue your claims by filing a lawsuit against the Respondent. Your lawsuit must be filed within 90 days of receipt of this notice, or your right to sue based upon these allegations will be lost.

If you have any further questions, you may contact Investigator Jean E. Mulligan at (716) 431-5013.

Sincerely,

Jean E.  Mulligan for
Maureen Kielt
Maureen Kielt
Director

Date:

Enc.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Felissa A. Davis**
**2936 9th Street**
**Niagara Falls, NY 14305**

From: **Buffalo Local Office**
**300 Pearl Street**
**Suite 450**
**Buffalo, NY 14202**

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 525-2019-00539 | **Jean E. Mulligan,** **Investigator** | **(716) 431-5013** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Maureen C. Kielt**

Digitally signed by Maureen C. Kielt
DN: cn=Maureen C. Kielt, o=Equal Employment Opportunity Commission, ou=Buffalo Local Office, email=maureen.kielt@eeoc.gov, c=US
Date: 2020.09.29 17:09:16 -04'00'

Enclosures(s)

**Maureen Kielt,**
**Local Office Director**

*(Date Mailed)*

cc:
**Mark Henderson**
**Human Resources**
**SPECTRUM HEALTH & HUMAN SERVICES**
**227 Thorn Ave**
**Orchard Park, NY 14127**

**Rosemary Enright, Esq.**
**BARCLAY DAMON LLP**
**Avant Building**
**200 Delaware Avenue, Ste. 1200**
**Buffalo, NY 14202**

EE Form (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 525-2019-00539 |

**New York State Division Of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Felissa A. Davis** | **(716) 578-4412** | **1972** |

Street Address                    City, State and ZIP Code

**2936 9th Street, Niagara Falls, NY 14305**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **SPECTRUM HEALTH AND HUMAN SERVICES** | **15 - 100** | |

Street Address                    City, State and ZIP Code

**227 Thorn Ave,  Orchard Park, NY 14127**

## RECEIVED

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | MAY 24 2019 | |

Street Address                    City, State and ZIP Code

## E.E.O.C. BULO

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|

| | | | Earliest | Latest |
|---|---|---|---|---|
| ☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | | | **08-01-2018** | **11-30-2018** |
| ☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION | | | | |
| ☐ OTHER *(Specify)* | | | ☒ CONTINUING ACTION | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am African-American (Black).  I am 46 years old.   I am an individual with a disability.  Because of this I have been discriminated against. I was not given equal opportunity for advancement in the agency, nor equal pay.

I began my employment with the above-named agency in April 2017.  I became a full-time employee in August 2017 in Re-Entry Department.

Despite becoming a full-time employee, a Re-Entry Care Manager, I continue to be paid the wage I was paid when I was a part-time employee (Grade 6). Given my position and full-time status, I should be paid as a Grade 8. A salaried position and not hourly.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | *** |
| | I swear or affirm that I have read the above charge and that it is true the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| 5/16/2019  X *[signature]* | X |
| *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  5.16.19 *(month, day, year)* *[signature] Katherine J. Ellman* |

KATHERINE L ELLMAN
No. 01EL6286820
Qualified in Erie County
My Commission Expires Aug 5, 2021

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **525-2019-00539** |
| **New York State Division Of Human Rights** | | and EEOC |
| State or local Agency, if any | | |

On or about September 1, 2018, I was advised that I would become a lead for a team of approximately 3 employees. Upon information and belief, this Senior Re-Entry Case manager position was to be a Grade 10.

Because I was performing the work of a Grade 8 salaried, but being paid the hourly rate part-time of a Grade 6, I complained to Human Resources and my Glenn MrGich and Julie Gutowski by email and phone with no response.

Subsequently, I was replaced in the Senior Re-Entry position by a younger Caucasian employee with less experience.

After I complained about not being paid at the grade level for the work I was performing, I was given a poor evaluation.

In November 2018, I was transferred from my work location at Pearl Street. I believe that I was transferred to this location for a period of two months because I complained about the discriminatory pay I received.

Upon information and belief, my employer has denied other African-American and older employees promotional positions and equal pay.

Based on the above, I believe that I have been discriminated against because of race, color and age in violation of Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act and other applicable Federal, state and local anti-discrimination statutes. I further believe that I have been retaliated against in violation of these statutes.

KATHERINE L ELLMAN
Notary Public – State of New York
NO. 01EL6286820
Qualified in Erie County
My Commission Expires Aug 5, 2021

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br>***  |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>X |
| 3/16/19  X _(signature)_<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  **5·16·19**<br>(month, day, year)<br>_(signature)_ Katherine L. Ellman |

 **Spectrum**    227 Thorn Ave., PO Box 631, Orchard Park, New York, 14127-0631

Phone: (716) 662-2040    Toll Free:  (800) 466-2040
Fax:    (716) 662-0019    E-Mail: Spectrum@spectrumhumanservices.org

March 10, 2017

Felissa Davis
2936 9th Street
Niagara Falls, N.Y. 14305

Dear Felissa,

I am pleased to offer you a position with Spectrum Human Services, effective April 3rd, 2017 contingent upon satisfactory results of the following:

1. Criminal History record
2. Physical exam
3. Drug Screen
4. Copies of required license(s), certifications, degrees

Here are the specific details of the position:

| | |
|---|---|
| **Job Title:** | **Re-Entry Care Coordinator** |
| **Salary/Grade:** | **$16.50.00 hour / Grade 6A** |
| **Status:** | **Non-Exempt** |
| **Pay Frequency:** | **Bi-weekly** |
| **Reports To:** | **Glenn Mrgich** |

You shall be required to submit proof of the following credentials (below) prior to your new-hire orientation.  Please submit copies via email to the Human Resources Office, Attn: Bonnie Stiber (email: stiberb@shswny.org), phone 716.539.5521

Please note, you will not be able to begin employment (including new-hire orientation) if we do not receive required documentation (below) by your scheduled new-hire orientation date April 3rd, 2017.

- Degree(s)
- License(s)
- Certifications(s)

OMH (Office of Mental Health) reviews the information and will advise the provider (Spectrum Human Services) whether or not the applicant has a criminal history, and, if so, whether the criminal history is of such a nature that the person cannot be hired or retained.  Before notifying the provider that the employee/volunteer not be hired, it must afford that individual an opportunity to explain, in writing, why his/her application should not be denied.

Please note that in some cases, a person may have a criminal background that does not rise to the level where the OMH will require the employment/volunteer service application to be terminated.  In addition, if the criminal history information reveals an arrest or felony charges without a final disposition, the application will be held in abeyance until the charge is resolved.



**Spectrum**    227 Thorn Ave., PO Box 631, Orchard Park, New York, 14127-0631

Phone: (716) 662-2040    Toll Free:  (800) 466-2040
Fax:    (716) 662-0019    E-Mail: Spectrum@spectrumhumanservices.org

<u>At your new-hire orientation, you must provide proof of identity (I-9) for authorization to work in the United States</u>. The offer of this position, therefore, is contingent upon the provision of such proof on your first working day.  A list of acceptable documents is attached to this letter.  Please bring the documents to present to Human Resources at your new-hire orientation.

Orientation will be held on **April 3ʳᵈ, 2017** at our 1280 Main Street, Buffalo NY 14209 location – lower level - at **9:00 am.**

We look forward to having you become a member of the Spectrum team.

Very truly yours,

Bruce C. Nisbet
President/CEO

I accept the position of **Re-Entry Care Coordinator** and I understand this employment offer is contingent upon satisfactory results of the following:

1)  Criminal History record
2)  Copies of required license(s), certification(s), degree(s)
3)  Physical exam
4)  Drug screen
5)  Fingerprinting, if applicable

_____

Signature

_____

Date

Please print, sign and submit this document in its entirety using the self-addressed stamped envelope (attached):

Office of Human Resources
Attn: Bonnie Stiber
227 Thorn Avenue
Orchard Park, NY 14127
Phone: (716) 539-5521

|  | **Spectrum Human Services**<br><br>**Agency Profile:** Spectrum Human Services respectfully partners with adults, children and families as they recover from behavioral, emotional, mental health and/or substance related disorders by offering individualized and meaningful opportunities of hope, empowerment and support to achieve self-defined improvements in their quality of life. | | |
|---|---|---|---|
| **Position Title:** | Re-entry Care Coordinator | **Reports To:** | Sr. Reentry Care Coordinator |
| **Department:** | Reentry Services | **FLSA Classification:** | Non Exempt Part Time |
| **Job Grade:** | 6A | **EEO-1 Classification:** | 02-Professional |
| **Last Revision Date:** | 7/15/2012 | | |

## SUMMARY OF POSITION FUNCTION:

Provides direct service to assigned caseloads. Services include comprehensive assessment and environment evaluation, treatment planning, coordination and integration of services, recordkeeping, case management and utilization management, outreach and crisis intervention.

## MAJOR DUTIES AND RESPONSIBILITIES:

- Knowledge and demonstration of agency core values in day-to-day activities
- Provides comprehensive Care Coordination and case management assessment to assigned caseload
- Assure all treatment planning including convening regular screening-linking-planning and case conferences involving all providers and support network
- Provide constant outreach to client, family and other involved persons
- Assure and maintain linkages to medical, financial, social, rehabilitative, addiction and psychiatric services
- Provide authorization and management of utilization of services in coordination with primary health providers
- Provide effective advocacy both to obtain services required by individual clients and to obtain needed systems development or change
- Serve as a social change agent by identifying service barriers, participating in the development of solutions, and serving as a systems advocate
- Provide required services including crisis intervention, treatment and support in the absence of viable alternatives.
- Work effectively with a Care Coordination team to provide required services to all clients and to ensure 24 hours, 7 days a week coverage.
- Perform recordkeeping, statistical tracking and quality assurance activities in an accurate and timely manner.
- Frequent or occasional driving of personal vehicle for purpose of transporting clients in the

| community and/or site visits (client or work related) |
| --- |

**Note: This job description is not intended to be all-inclusive. Employee may perform other related duties as needed to meet the ongoing needs of the organization.**

**SKILLS/COMPETENCIES:**

- Demonstrated ability to work independently and to initiate change
- Must possess excellent skill and judgment in a range of clinical and case management activities
- Must be able to work effectively with a team and have superior interpersonal skills in dealing with other providers and client supports
- Must possess excellent written and verbal skills
- Proficient in the use of computer software such as MSWord, Excel, Power Point, Desktop Publishing, Outlook, etc.

**EDUCATION REQUIREMENTS:**

- Master's degree in counseling from a regionally accredited or New York State (NYS) registered college or university
- Bachelor's degree in Human Services with 2 years' experience in addictions treatment
- Associates degree in related field and 3 years' experience in substance abuse services and certified by NYSOASAS

**EXPERIENCE:**

- One – three years' work experience in addictions treatment
- Certified by the New York State Office of Alcoholism and Substance Abuse Services (NYSOASAS) or equivalent QHP

**OTHER:**

- Must possess a valid Driver's License with a satisfactory driving record, and possess a personal vehicle for job requirement

**ADA REQUIREMENTS:**

In accordance with the Americans with Disabilities Act, it is possible that requirements may be modified to reasonably accommodate disabled individuals. However, no accommodations will be made which may pose serious health or safety risks to the employee or others or which impose an undue hardship on the company.

Reasonable accommodations may be made to enable qualified individuals with disabilities to perform the essential functions. The term "qualified individual with a disability" means an individual with a disability who, with or without reasonable accommodation, can perform the essential functions of the position.

**PHYSICAL ACTIVITIES:**

- Reading, writing and communicating fluently in English
- Hearing and speaking to express ideas and/or exchange information in person or over the telephone

**Subject**  FW: INTERNAL POSTING

**From**  Davis, Felissa

**To:**  'felissa.davis@yahoo.com' <felissa.davis@yahoo.com>

**Date**  Thu, Oct 25 2018 at 4:15 PM

**From:** Grzywna, Theresa
**Sent:** Monday, August 20, 2018 11:01 AM
**To:** All Users <AllUsers@shswny.org>
**Subject:** INTERNAL POSTING

| Title: | Re-Entry Coordinator |
|---|---|
| **Location:** | **Erie Co.** |
| **FLSA Classification:** | **Full Time (Non-Exempt)** |

*If interested in this position, please send a **letter/note of interest** to Glenn Mrgich- Mrgichg@shswny.org.*
**Thank you!**

Theresa Grzywna

**HR Specialist/ Recruiter, Human Resources**

Spectrum Health & Human Services

227 Thorn Ave. Orchard Park, NY 14127

*P*: 716-539-6711

*C.* 716-476-6107

*F*: 716-662-0019

CAUTION: The documents and information included with this e-mail transmittal contains information from Spectrum Human Services, which is confidential and/or privileged and/or exempt from disclosure under applicable laws, including Federal Title 42, CFR, part 2 for the use of the addressee. You are hereby notified that any disclosure, copying, distribution or use of the contents of the e-mailed information by other than the addressee is prohibited.



| | **Spectrum Human Services** |
|---|---|
| | **Agency Profile:**  Spectrum Human Services respectfully partners with adults, children and families as they recover from behavioral, emotional, mental health and/or substance related disorders by offering individualized and meaningful opportunities of hope, empowerment and support to achieve self-defined improvements in their quality of life. |

| **Position Title:** | Re-entry Care Coordinator | **Reports To:** | Sr. Reentry Care Coordinator |
|---|---|---|---|
| **Department:** | Reentry Services | **FLSA Classification:** | Non Exempt |
| **Job Grade:** | 8 | **EEO-1 Classification:** | 02-Professional |
| **Last Revision Date:** | 7/15/2012 | | |

## SUMMARY OF POSITION FUNCTION:

Provides direct service to assigned caseloads. Services include comprehensive assessment and environment evaluation, treatment planning, coordination and integration of services, recordkeeping, case management and utilization management, outreach and crisis intervention.

## MAJOR DUTIES AND RESPONSIBILITIES:

- Knowledge and demonstration of agency core values in day-to-day activities
- Provides comprehensive Care Coordination and case management assessment to assigned caseload
- Assure all treatment planning including convening regular screening-linking-planning and case conferences involving all providers and support network
- Provide constant outreach to client, family and other involved persons
- Assure and maintain linkages to medical, financial, social, rehabilitative, addiction and psychiatric services
- Provide authorization and management of utilization of services in coordination with primary health providers
- Provide effective advocacy both to obtain services required by individual clients and to obtain needed systems development or change
- Serve as a social change agent by identifying service barriers, participating in the development of solutions, and serving as a systems advocate
- Provide required services including crisis intervention, treatment and support in the absence of viable alternatives.
- Work effectively with a Care Coordination team to provide required services to all clients and to ensure 24 hours, 7 days a week coverage.
- Perform recordkeeping, statistical tracking and quality assurance activities in an accurate and timely manner.

- Frequent or occasional driving of personal vehicle for purpose of transporting clients in the community and/or site visits (client or work related)

**Note: This job description is not intended to be all-inclusive. Employee may perform other related duties as needed to meet the ongoing needs of the organization.**

## SKILLS/COMPETENCIES:

- Demonstrated ability to work independently and to initiate change
- Must possess excellent skill and judgment in a range of clinical and case management activities
- Must be able to work effectively with a team and have superior interpersonal skills in dealing with other providers and client supports
- Must possess excellent written and verbal skills
- Proficient in the use of computer software such as MSWord, Excel, Power Point, Desktop Publishing, Outlook, etc.

## EDUCATION REQUIREMENTS:

- Master's degree in counseling from a regionally accredited or New York State (NYS) registered college or university
- Bachelor's degree in Human Services with 2 years' experience in addictions treatment
- Associates degree in related field and 3 years' experience in substance abuse services and certified by NYSOASAS

## EXPERIENCE:

- One – three years' work experience in addictions treatment
- Certified by the New York State Office of Alcoholism and Substance Abuse Services (NYSOASAS) or equivalent QHP

## OTHER:

- Must possess a valid Driver's License with a satisfactory driving record, and possess a personal vehicle for job requirement

## ADA REQUIREMENTS:

**In accordance with the Americans with Disabilities Act, it is possible that requirements may be modified to reasonably accommodate disabled individuals. However, no accommodations will be made which may pose serious health or safety risks to the employee or others or which impose an undue hardship on the company.**

**Reasonable accommodations may be made to enable qualified individuals with disabilities to perform the essential functions. The term "qualified individual with a disability" means an individual with a disability who, with or without reasonable accommodation, can perform the essential functions of the position.**

**PHYSICAL ACTIVITIES:**

- Reading, writing and communicating fluently in English
- Hearing and speaking to express ideas and/or exchange information in person or over the telephone

- Frequent or occasional driving of personal vehicle for purpose of transporting clients in the community and/or site visits (client or work related)

**Note: This job description is not intended to be all-inclusive. Employee may perform other related duties as needed to meet the ongoing needs of the organization.**

**SKILLS/COMPETENCIES:**

- Demonstrated ability to work independently and to initiate change
- Must possess excellent skill and judgment in a range of clinical and case management activities
- Must be able to work effectively with a team and have superior interpersonal skills in dealing with other providers and client supports
- Must possess excellent written and verbal skills
- Proficient in the use of computer software such as MSWord, Excel, Power Point, Desktop Publishing, Outlook, etc.

**EDUCATION REQUIREMENTS:**

- Master's degree in counseling from a regionally accredited or New York State (NYS) registered college or university
- Bachelor's degree in Human Services with 2 years' experience in addictions treatment
- Associates degree in related field and 3 years' experience in substance abuse services and certified by NYSOASAS

**EXPERIENCE:**

- One – three years' work experience in addictions treatment
- Certified by the New York State Office of Alcoholism and Substance Abuse Services (NYSOASAS) or equivalent QHP

**OTHER:**

- Must possess a valid Driver's License with a satisfactory driving record, and possess a personal vehicle for job requirement

**ADA REQUIREMENTS:**

In accordance with the Americans with Disabilities Act, it is possible that requirements may be modified to reasonably accommodate disabled individuals. However, no accommodations will be made which may pose serious health or safety risks to the employee or others or which impose an undue hardship on the company.

Reasonable accommodations may be made to enable qualified individuals with disabilities to perform the essential functions. The term "qualified individual with a disability" means an individual with a disability who, with or without reasonable accommodation, can perform the essential functions of the position.

**PHYSICAL ACTIVITIES:**

- Reading, writing and communicating fluently in English
- Hearing and speaking to express ideas and/or exchange information in person or over the telephone

- Seeing to read labels, posters, documents, PC screens, etc.
- Sitting, standing, moving about or walking for occasional or frequent periods of time
- Dexterity of hands and fingers to operate a computer keyboard and other office equipment
- Kneeling, bending at the waist, stooping and reaching overhead
- Retrieving and storing files and supplies; occasionally carrying and/or lifting light objects

**WORKING CONDITIONS:**

- General office setting
- Indoor and outdoor environment

**By signing below, I acknowledge that I have received a copy of the Position Description and I am expected to read and familiarize myself with the contents pertaining to the functions and responsibilities of the position.**

**Employee Print Name:**

**Employee Signature:**

**Date:**

Felissa Davis
Re-Entry Care Coordinator
Erie County Re-Entry Task Force
Spectrum
Fadavis@outlook.com
716-578-4412

I am writing this correspondence regarding the incidents that occurred during my work station at NYS Parole Buffalo Metro Office my normal report days are Mondays, Wednesdays, Thursdays and sometimes Fridays.This is not due to been an irate employee, but the simple fact I need answers to why I feel victimized I have done my job effectively and professionally. I did report these incidents to Spectrum and my immediate supervisor. I was informed they made they compliant to NYS DOCCS, but later found out they did not.

On April 11, 2019 I reported to work at 460 Main Street around 8:30 am. It was a normal day at Parole. I entered the building it was several Parole Officer's assisting security with searches. Someone let me in back.It was RSW training day. Tanya Drake already had people in the break room awaiting for the other participants. She and I went to the door to start requesting Parolees back for follow-up and training. The normal routine. She called one her clients and I requested Mr. Fletcher back. Then all of a sudden, atmosphere changed. Parole Officer Williams came up and started shouting at us and detained Mr. Fletcher. I was in shock and terrified at the same time. Parole Officer Williams said, " He can't come back there without us." Yelling and holding Fletcher by one arm. We both were in shock. He said you can't be doing this. I was like what? I was terrified for the Parolee I thought I caused him to get in trouble. I can see him through the glass and Parole Officer Matthew Williams was angry.The whole room was uptight. I asked him in his office, "What is going on?" He said you can not have Parolees back here without Parole Officers. I informed him we already had individuals in the back and there were officers in the back. I told M. Williams you just arrived in the front area. There were Parole Officer already in the area and security and no one said we could not bring anyone back. He was very angry. I did tell Tanya Drake she needs to find out what is going on. I informed him I do not have a problem following procedure and protocol I have problem when it sprung on us without warning. If this is the  procedure please inform my Supervisor. I also informed him I been here 2 years and no one has ever told a me that. Parole Officer Williams, stated, " I am telling you now." I informed him make sure you inform my supervisor so this does not happen again. It was so scary even the Parolees ask me if I was ok?

There has been other incidents that were questionable like not holding the door open when we are attempting to bring parolees in the back. It is hard to crack the door open and view the clip board and attempting to locate Parolees for follow-up. They stated it is a safety hazard. It is a Safety hazard for us also. I injured my left foot holding that door cracked open. The door swung back on me so hard and caused my all ankle to become sprung back in April and I am still out of work. I remember it swinging back on me so hard. I did mention the incident to A. Williams when it had occurred on that day. Normally, anyone coming out of the door holds it so no one is hit. I have been employed there 2 years and never have I heard these requests until now.

Back in January of 2019, on a  Monday I left the break room and was speaking with a Parole Officer. I later returned a couple of minutes to find SPO Hart and Parole Officer A. Williams in the break room with the door shut. A.Williams wad standing there while SPO Hart  was searching my purse and work bag.They had closed the door to the break room and I was looking in and noticed my purse and work bag been moved. If I recall the bag was on the table. I entered the room and SPO Hart said to Parole officer A. Williams. "Do you want to work on this. day?" I could not understand it. It was her A. Williams report day. Why would she need to come all the way to the break room to ask her that. When she had her own office. I remember it so well. I got back to the Spectrum office and Glenn MrGich, said to me, "Did  Something happen at Parole? My heart dropped. I said you knew? He said it is their facility. I said I do not have a problem with been searched. I have a problem with being search without my knowledge. I told him this was illegal went to my office and sat down. He said you cannot  be going outside to pay your parking meters anymore. You must find a parking lot or place that covers the time while your in parole. This happened on the Monday before A. Williams was absent from work. I thought a similar event  happened before, but  I was not certain.

Another incident, during an interview with a Parolee on February 8,2018 with a Parolee. I emailed Parole Officer Sears to make sure he had a record of the incident. The only thing that is confusing is there was no incident report recorded. I handled it, I informed the Parolee that fraternizing is not tolerated.  I never heard anything else about it.Odd! There was another incident with another Caseworker and I remember it been handled much differently.

We were informed by Glenn MrGich and Julie Gutowski on more than one occasion are contract is under negotiations with the Erie County and DCJS

issues that come about we would have to grin and bare. I have proof that I informed Human Resources Director to make sure he reports all the incidents and he confirmed he did not. There are  cameras all over that building, I have no reason to make stories up.

In conclusion,  it will be unjust not to report these incidents so that it's does not happen someone else. As far as I know I have followed procedure and protocol to the best of my knowledge. I am a professional, my expertise and knowledge has made significant advance to this program.  I do not make big deal out of little things. There have been rumors surfacing, but I only am reporting what I can prove. Thus, some issues need to be addressed. I am not sure what my status will be with the agency after reporting  these incidents but it needed to be addressed. Moving forward I have no regrets.  FYI. To not report these incidents means it never happened. Thanking you for your time.

Sincerely,

Felissa Davis
CC Jean Mulligan
U.S Equal Employment Opportunity
Commission

# EEOC compliant 1st Response

Felissa Davis- June 4, 2019
fadavis@outlook.com
716-578-4412

# Introduction

This is information is being provided to support my ongoing claim of ongoing harassment, discrimination, denying of equal pay and employment opportunities, age discrimination. I am a person with a disability. I will provide indisputable information showing that I have been discriminated against.

## Grade Level Pay grade

In August of 2017, I was moved up to Full-time employment in the Department of Re-entry. This entitled me to benefits and salary increase. I was hired a a Grade 6 and moved up to Grade 8. I had no ideal the Grade level pay had changed until I was contacted by Danielle Gregoire, Human Resources Specialist. Danielle is sent me the new job description and it is the same one being used in August of 2018.  She informed me that I was now salaried and my wage would increase. She told me I needed to context my Supervisor Glenn MrGich, to have him contact Human Resources to approve the change.  This writer contacted Glenn MrGich and he never responded. I was afraid to make a big deal because I knew this would cause a conflict for me. I am the only person in the department that is not salaried employed.

In 2018, approximately in August. I was informed I would be transferred to Erie County Holding Center for a new program. I was told I would lead a staff of 3 employees. The agency had sent out email for the employment announcement for the new openings. The agency had sent out a job announcement for Grade Level 8. I viewed this through inter office email  and printed it out.  I had already met Lindsey Carey, who is now the Senior Re-Entry Coordinator for the program through phone contacts and meeting with her briefly at work. Lindsey was then a ClinicalAssistant.  She stated she had been with the Agency  since February of 2018. She had just graduated from ECC with a Associate's in Criminal Justice.

Back in September of 2018, I did not rotate into the new position. I was never told I was not going any longer.  I received no email, no verbal conversations just nothing. I later bumped into Lindsey after she had Supervision with Glenn MrGich, Erie County Task force Coordinator. She told me she was the Senior Re-Entry Case manager. I was shocked. I was told I would be leading this team because the new hires had not no experience  in Re-Entry before. Lindsey was Supervising  a person with a Master's in Criminal Justice and a person with a CASAC, QHP

with over 15 years experience. They both were African American.  I (Felissa Davis) have acquired Bachelors in Criminal Justice and Sociology. Lindsey only has  food service background and no Case Management experience.

Mark H, of Human Resources is now denying they offered me the job. On the previous phone call he denied Lindsey had the job and he said there  was no proof she had the position. They started deleting emails etc. He  demanded I give him the information I had proving Lindsey had the job. I refused to allocate anymore information to them. Technically, this is grounds for a Class Action Suit for the whole agency employees.

I became brave again and  inquired about my salary because the agency had posted the Re-Entry job as an 8 Grade and I am still a 6 Grade. I have included verification from ADP that lists my JOB GRADE AS 8 to verify my substantiate  my claim.  I had reviewed the job description and it is exactly the same. From that point the situation changed with ongoing harassment. I am including emails and other forms of proof to verify my claim.

After further investigation, I found out Lindsey Carey, Senior Re-Entry Coordinator is at a higher grade pay than a Senior Case manager, based on her employment status. I found this information in Sharepoint it lists the organization pyramid. There is one other employee in Re-Entry that is designated with the same classification or Re-Entry Care Coordinator II . It is a gentlemen who is the highest paid Case Manager in our department, who also holds a CASAC,QHP and over 20 years work experience and Bachelors Degree.  I can remember when they were recruiting him, Julie G, stated she need to get verification from Human Resources to determine if our department could handle his salary. How is this possible?  She moved up tremendously without experience , nor expertise. The only way to become a Re-Entry Care Coordinator II with a II title is years of experience. Lindsey moved up rapidly without experience, licensing and education. I have Agency proof they never even informed the employees of her recent upgrade in the Spectrum Spotlight.

Employment Review

For the record, I have been on administrative review since August of 2018. Glenn MrGich claims  that is one of the reasons I was not given a raise in  salary. These reviews are only suppose to last 3 months. According the review they are not happy with many job performance.

Back in January 2019, I received another review. I refused to sign them. I also overheard a conversation Glenn MrGich, was having over the phone. He stated, "it is a process, we will continue to give her negative job reviews and then terminate her employment in June of 2019. They keep changing procedures, time schedules, daily emails for bogus requests. So many

requests everyone in the department has to verify the changes often be reviewing the messages daily to make sure they are following the new protocol. My fellow staff members are encouraging me to quit because they feel this is only going on because of me.

I will include additional information after I receive the response from  Spectrum if needed.

### Human Resources

They have been no help and have shown me they are part of the problem. They stated they completed an investigation to determine if this was a hostile work environment and did not. They person leading the investigation pulled me in several meetings stated Glenn Mrgrich was following her orders. In Fact, Julie G, stated she was in charge of the investigation. It was brought to my attention from other employees she went around the third floor attempting to get employees to say whether or not if they could get along with me.  Therefore, there was no investigation to determine if I was being verbally harassed daily by Glenn MrGich.

Recently, I have been out on worker's compensation. These people are out of control with their tactics. They sent an employee who i have known since I was 10yrs old to attempt to put me in compromising position. Her story went from being on Administrative leave, vacationing in Jamaica to quitting her employment from Spectrum. She even went as fair as being on the phone with while entering your faculty to make a compliant with EEOC. All the while asking me if this agency had taken my case, what stage was it at, contacting me from Jamaica to request taking me to lunch for my birthday, offering money to hang out with me, demanding information. She tried to encourage me to reassign from the agency, because I would be likely terminated when I return to work in June. I later found out she is still employed with the agency and she just wanted to find out if I was making up stories about my injury and if this agency had actually accepted my case. I am going to leave her name out of this for now. I plan on informing my Worker's compensation Lawyer of these incidents. I have proof of all incidents.

They even been harassing me while off on leave. Stating I need to call-in sick everyday and since then deleted the email. All sorts of crazy things changing policies. All in the attempt to get me to come in to work sooner. I  remember back in January I was out for a medical condition. I supplied the agency with a medical note when I arrived back in. Glenn MrGich sent me back home and stated I needed to get a new note stating no restrictions for having the flu.  I had to stay out of work for an additional 2 days until the provider who originally seen me was

able to give me a medical note. You name it they tried it. Harassment is almost becoming criminal.

There was conversation with myself and Mark H. , Director of Human Resources to resign from my position.  He even offered severance and my unemployment benefits, but once Julie G, had gotten involved the agreement was off. I have included the phone conversation to confirm. I have 1 conversation with Glenn MrGich, admitting he had already informed Parole I was not coming back to work there. It was a coincidence I contacted someone at NYS parole  and they thought I was already fired. This is when I started making sure I obtained  proof of these Shenanigans at the workplace. I have been collecting information ever since. They even refused to purchase me business cards and additional work items. In fact, I am the only Case manager without business cards in Re-entry. I have been employed for over 2 years and my first review was not completed until 2018, when I requested my pay Grade Change. The question is if my performance was so bad why promote me to Full-time employment? I am also submitting other job descriptions to support **Pay Grade** mean higher wages.

At this time, I believe I have supplied enough information. I will await for their response to submit additional  documents. The difference between me and them. I will not make up stories, lie nor  deceive anyone. To make false statements is criminal behavior. This information was provided to the best of my knowledge.

Sincerely,

Felissa Davis
Re-entry Care Coordinator



| | |
|---|---|
| **Spectrum Human Services** | |
| **Agency Profile:** Spectrum Human Services respectfully partners with adults, children and families as they recover from behavioral, emotional, mental health and/or substance related disorders by offering individualized and meaningful opportunities of hope, empowerment and support to achieve self-defined improvements in their quality of life. | |

| | | | |
|---|---|---|---|
| **Position Title:** | Case Manager | **Reports To:** | Program Manager |
| **Department:** | CCBHC | **FLSA Classification:** | Non Exempt (Full-time) |
| **Job Grade:** | 6 | **EEO-1 Classification:** | 02-Professional |
| **Last Revision Date:** | 4/12/2017 | | |

## SUMMARY OF POSITION FUNCTION:

Under professional supervision of the Case Manager helps link individuals served by Clinic Services to identified needed services in the community and prescribed individual treatment plans. Provides services of linkage, advocate, monitor, and evaluate. He/she ensures the client is receiving all the needed services.

## MAJOR DUTIES AND RESPONSIBILITIES:

- Knowledge and demonstration of agency core values in day-to-day activities
- Coordinates discharge planning with inpatient facilities
- Advocates on behalf of the client to ensure needed services are obtained
- Provides Service Referral, Linkage, and Related Activities
- Provides monitoring and follow on referrals and other service providers
- Links client with needed existing resources and assures appropriate utilization of a host of life area and support services in the community
- Facilitates the development and maintenance of a supportive social network for the client
- Provides an on-going supportive relationship to the client, which reinforces and builds the client's life management skills by moving from active intervention to a less active role as client's own ability to negotiate within the community improves
- Follow-up, in face-to-face contact, to ensure client and significant other's satisfaction and to determine need for any additional services
- Participates with Clinic Services in order to evaluate and assess the status of treatment in progress and discusses any possible need for the modification in client's service plan
- Maintains a roster of local resources, provides this information to other staff, and develops effective working relationships with these resources
- Acts as contact/focal point to whom client and service providers may turn to resolve issues related to provision of services
- Maintains required services and statistical records for assigned clients

- Utilizes Motivational Interviewing techniques to increase likelihood of engagement
- Performs other duties as assigned
- Participates in Case Management meetings, training, and other Case Management-specific activities with Spectrum Human Services' Case Management staff
- Frequent or occasional driving of personal vehicle for purpose of transporting clients in the community and/or site visits (client or work related)

**Note: This job description is not intended to be all-inclusive. Employee may perform other related duties as needed to meet the ongoing needs of the organization.**

### SKILLS/COMPETENCIES:

- One – three years experience in Mental Health or Human Services setting or Degree or Certification in Human Services Program
- Must be proficient in the use of computers and computer software. Familiar with all Microsoft products
- Training in Motivational Interviewing and Person Centered Planning

### EDUCATION REQUIREMENTS:

- Bachelor's Degree in Human Services Program with one (1) year supervised field practicum in a Mental Health or Human Services setting or one (1) year paid experience in a Mental Health or Human Services setting
- Associates Degree in Human Services, or 60 credit hours in Human Services Program PLUS two (2) years of experience working in a Mental Health or Human Services setting
- Certification as a Mental health Technician PLUS two (2) years of post-certification experience in a Mental Health or Human Services setting
- High School Diploma PLUS five (5) years of experience in a Mental Health or Human Services setting.

### EXPERIENCE:

- One to three years in Mental Health or Human Services setting dependent on certification/education

### OTHER:

- Must possess a valid Driver's License with a satisfactory driving record, and possess a personal vehicle for job requirement

### ADA REQUIREMENTS:

In accordance with the Americans with Disabilities Act, it is possible that requirements may be modified to reasonably accommodate disabled individuals. However, no accommodations will be made which may pose serious health or safety risks to the employee or others or which impose an undue hardship on the company.

Reasonable accommodations may be made to enable qualified individuals with disabilities to perform the essential functions. The term "qualified individual with a disability" means an individual with a disability who, with or without reasonable accommodation, can perform the essential functions of the position.



### *Spectrum Human Services*

**Agency Profile:** Spectrum Human Services respectfully partners with adults, children and families as they recover from behavioral, emotional, mental health and/or substance related disorders by offering individualized and meaningful opportunities of hope, empowerment and support to achieve self-defined improvements in their quality of life.

| Position Title: | Clinical Assistant I | Reports To: | Office Manager |
|---|---|---|---|
| Department: | Clinic | FLSA Classification: | Non-exempt (Full-time) |
| Job Grade: | 4 | EEO-1 Classification: | Office and Clerical |
| Last Revision Date: | 11.15.17 | | |

## SUMMARY OF POSITION FUNCTION:

To provide clinical support services to Clinical Operations.

## MAJOR DUTIES AND RESPONSIBILITIES:

- Knowledge and demonstration of agency core values in day-to-day activities
- Assures that the sites' operation is in concert with the overall goals of the operating programs and Spectrum Human Services
- Assists counselors in completing needed court and referral source reports
- Assists counselors in completing monthly status update reports
- Acts as liaison for forensic referral sources
- Performs clinical activities as assigned including individual and group facilitation
- Performs copying, filing, other office support functions
- Runs and analyzes reports as directed by Managing Director of Clinical Operations
- Conduct outreach as appropriate for clients with a pattern of missed appointments
- Other duties as assigned

**Note:  This job description is not intended to be all-inclusive.  Employee may perform other related duties as needed to meet the ongoing needs of the organization.**

## SKILLS/COMPETENCIES:

- Must possess skill and knowledge related to: all facets of programmatic services
- Work effectively on multiple tasks concurrently; communicate exceptionally well in writing and orally
- Present a strong professional image
- Exercise exceptionally good judgment
- Must have computer skills, experience with all Microsoft products preferred
- Demonstrate excellent leadership; meet deadlines and work under pressure

**Volume V, Issue 10**   **Spectrum Spotlight**   **October/November 2018**



# SPOTLIGHT ON US

## Congratulations!



### Promotions:

**Sue Roggow**  RN to Senior RN— WYCO Clinic
**Valerie Testa** - Co-Occurring Specialist to Team Leader—Niagara County ACT
**Lindsey Carey** - Clinical Assistant to Re-Entry Care Coordinator - 1280 Main Street
**Brianna Miller** - Office Assistant II to Clinical Assistant—1280 Main St.
**Michaela Zawistowski** - Clinical Assistant to Case Manager - 1280 Main Street
**Cornelia Simmons** - Office Assistant II to Re-Entry Care Coordinator— 1280 Main Street
**Danielle Gregoire**—HR Generalist II to HR Generalist III—Admin
**Ann Bowback**, Program Manager, to Director of Community and Support Programs
**Katlyn McCown** - Sr. Secretary to Office Manager- OPRS

**Sharon Sturges** - Office Assistant to Office Assistant I— SBCC
**Courtney Cooper** - Office Assistant I to Office Assistant II—1280 Main
**Courtney Klimowicz** - Office Manager I to Office Manager II— OPRS
**Amy Evans** Care Coordinator Assistant to Health Home Care Coordinator—1280 Main Street
**Kerry George** Case Manager to POEMS Counselor—WYCO
**Carmetris Harper** Clinician III to Clinician IV—1280 Main Street
**Mark Hendrickson** VP of Human Resources to Sr. VP of Human Resources—Admin
**Julie Gutowski**—VP of Clinical and Program Operations to Sr. VP of Clinical and Program Operations—Admin
**Mario Alonzo**—VP for information— Technology to Sr. VP for Information Technology—Admin



### Degrees, Licensures, Certifications

**Ann Marie Bosch** - Sr. Care Coordinator at 1280 Main, received her  Associates Degree in Biblical Studies
**Khris Decker**, VP for Clinical Program Development, became a Certified    Level 1 Relias System Administrator
**Samantha  Olrogg**, Clinician at 1280 Main Street, received her LMHC
**Shannon Dunn**, Program Manager at 1280 Main Street, graduated from UB with her MSW

### Wedding



**Stephanie Abplanalp**, Case Manager @ SBCC married  Andrew Kunert  on October 5th at Becker Farms.

### Birth

**Sara Oche**,  VP of Compliance and Quality, welcomed son Preston on August 3.



## What's On the President's Mind?

Highlights from the President's October/November Reports to the Spectrum Board of Directors:

* The Community Partners of WNY Performing Provider System (PPS) **awarded Spectrum $226,000** to support an Innovation Grant In collaboration with HEALTHeLINK.
* Wyoming County reached out to us last week to share that Spectrum, as the County's provider of chemical dependency services, is eligible to apply for a $150,000 OASAS grant for enhancing rural services. The proposal will be for funds to cover a van to reduce transportation problems for Spectrum clients in Wyoming County.
* We have joined a **human services collaborative** spearheaded by the Mental Health Association to co-locate a number of services in a building to be bought on Broadway, including a mental health/chemical dependency treatment clinic operated by ourselves.

### READ ALL ABOUT IT!

http://shssp13/sites/home/_layouts/15/WopiFrame.aspx?sourcedoc=/sites/home/Documents/October%202018%20President%27s%20Report.doc&action=default&DefaultItemOpen=1

http://shssp13/sites/home/_layouts/15/WopiFrame.aspx?sourcedoc=/sites/home/Documents/November%2018%20President%27s%20report.docx&action=default

## What's Happening in Spectrum Programs:

Highlights  from  Associate CEO Cindy Voelker's October/ November Program Reports to the Spectrum Board:

**CCBHC/Clinic:** Positive results on OASAS site reviews for 1280 Main St, South Buffalo and Wyoming County

**PROS:** The new roof is now on the 2040 Seneca Street location, allowing Crossroads PROS to resume normal activity.

**ACT-Catt County:** The team has worked to be at the capacity they should be after four months of operation.  We are looking to add one more team member as we slowly build up.

**Housing Erie County:** We will be having an Open House—Date to be announced

**Nursing:** The Nursing Department is now fully staffed.

### READ ALL ABOUT IT!

http://shssp13/sites/home/_layouts/15/WopiFrame.aspx?sourcedoc=/sites/home/Documents/October%202018%20Program%20Highlights.docx&action=default

http://shssp13/sites/home/_layouts/15/WopiFrame.aspx?sourcedoc=/sites/home/Documents/November%202018%20Program%20Highlights.docx&action=default

Volume V, Issue 11     Spectrum Spotlight     December, 2018

# SPOTLIGHT ON US



## Welcome!



**Nicole McCusker**
**Office Assistant**
**OPRS**

**Julie Amato**
**Case Manager**
**WYCO**



**Carey Burnett**
**Clinician IV**
**Springville**



**Jaymee Caplan**
**Clinician III**
**OPRS**



**Katie Gramlich**
**Office Assistant**
**1280 Main**



**Ashley Riley**
**Office Assistant**
**1280 Main**



**Haley Sieber**
**Office Assistant**
**1280 Main**



## Congratulations!

### Licensure

**Mike Hanson, Program Manager, CARES,** received his Mental Health Counseling License.



**Georgina Volanis,** Program Manager II to Director of Emergency Services – CARES

**Sara Borecki** - Office Assistant I to Office Assistant II OPRS

**Crystal Wright** – Clinical Assistant to Senior Clinical Assistant – Admin

**Paul Shelton** – Re-Entry Care Coordinator to Clinician I 1280 Main

**Tristin Ramsay** – Clinician II to Clinician IV - OPRS

**Samantha Olrogg** - Clinician III to Sr. MH/CD Clinician - OPRS

**Anissa Bochiechio** - Clinician II to Clinician IV – OPRS

**Gloria Valley** - Clinician II to Clinician IV - OPRS

**Margaret Nelson -** Office Manager I to Senior Billing Specialist - Admin

### Retirement



**Jesus Zapata,** Senior Crisis Clinician, CARES, will retire on 12/31/18. Congratulations Jesus and thank you for your hard work and commitment to the agency.

### Referral Bonus

**Diane Athans, LPN,** referred **Malissa Lempko,** RN, for a Spectrum position and will receive the full referral bonus..



### Corrections

**Ann Bowback** was promoted to Clinical Director at SBCC. Her title was incorrect in last month's issue.

**Lynn Borgogelli** earned an associate's degree in biblical studies. Another person was identified incorrectly as the recipient of that degree in last month's issue.

Volume V, Issue 4     Spectrum Spotlight     April, 2018



# SPOTLIGHT ON US

## Welcome!



**Kerry George**
**Clinic Case Manager**
**WYCO**



**Cindy Marcello**
**Clinician I**
**WYCO**



**Joanne Marconi**
**Clinical Care Coordinator**
**Health Homes**
**Erie County**



**Rachel Blackey**
**Clinician III**
**West Seneca**



**Courtney Gabamonte**
**Office Assistant**
**West Seneca**



**Brianna Miller**
**Office Assistant**
**1280 Main**



**Theresa Slocum**
**ACT Team Leader**
**Catt. Co.**

## Congratulations!

### Graduation and Licensure

**Malene White,** Clinic Case Manager, 1280 Main Street, graduated from Medaille College with a Master's Degree in Clinical Mental Health Counseling

**Cassandra Funk,** Family Specialist, ACT-Niagara County, **Rachel Mark,** Family Specialist, ACT, received their LMSW licenses.

### Promotions:

**Alicia Brunner** -Office Assistant I to Office Assistant II, WYCO

**Deborah LaBounty**—PROS Clinician to Clinician IV, WYCO

**Georgina Volanis** -Sr. Program Manager to Program Manager III, CARES

**Latoya Seals** -Clinician III to Program Manager, 1280 Main Street

**Michael Hanson** -Sr. Crisis Clinician to Program Manager II, CARES

**Edward Gray**—Health Home Clinical Case Manager to Re-entry Care Coordinator, DCJS

**Shannon Dunn**—Clinician III to Program Manager I, 1280 Main Street

**George Brimmer** Clinician III to Co-Occurring Specialist, ACT

**Amy Ditta**—Vocational Community Resource, Crossroads, to Data Reporting Specialist, Admin

**Suzanne Smith-** Clinician II to Clinician III, CARES



### Birth





**Jill Ruggiero,** HH Administrative Assistant, and her boyfriend, Ben, welcomed baby boy Benjamin Ruggiero on Jan 16th.



### Spectrum Human Services

**Agency Profile:** Spectrum Human Services respectfully partners with adults, children and families as they recover from behavioral, emotional, mental health and/or substance related disorders by offering individualized and meaningful opportunities of hope, empowerment and support to achieve self-defined improvements in their quality of life.

| | | | |
|---|---|---|---|
| **Position Title:** | Clinical Assistant | **Reports To:** | V.P of Clinical & Program Operations |
| **Department:** | Clinic | **FLSA Classification:** | Non-exempt (Full-time) |
| **Job Grade:** | 3 | **EEO-1 Classification:** | Office and Clerical |
| **Last Revision Date:** | 8/26/2012 | | |

### SUMMARY OF POSITION FUNCTION:

To provide clinical support services to Clinical Operations.

### MAJOR DUTIES AND RESPONSIBILITIES:

- Knowledge and demonstration of agency core values in day-to-day activities
- Assures that the sites' operation is in concert with the overall goals of the operating programs and Spectrum Human Services
- Assists counselors in completing needed court and referral source reports
- Assists counselors in completing monthly status update reports
- Acts as liaison for forensic referral sources
- Performs clinical activities as assigned including individual and group facilitation
- Performs copying, filing, other office support functions
- Runs and analyzes reports as directed by Managing Director of Clinical Operations
- Conduct outreach as appropriate for clients with a pattern of missed appointments
- Other duties as assigned

**Note:  This job description is not intended to be all-inclusive.  Employee may perform other related duties as needed to meet the ongoing needs of the organization.**

### SKILLS/COMPETENCIES:

- Must possess skill and knowledge related to: all facets of programmatic services
- Work effectively on multiple tasks concurrently; communicate exceptionally well in writing and orally
- Present a strong professional image
- Exercise exceptionally good judgment
- Must have computer skills, experience with all Microsoft products preferred
- Demonstrate excellent leadership; meet deadlines and work under pressure
- Must have sensitivity to individuals with disabilities and an ability to respond calmly to distress or upset in others.

### EDUCATION REQUIREMENTS:

| |
|---|
| • Educational requirements include at least an Associate's degree in a human services field |

| **EXPERIENCE:** |
|---|
| • Not required |

| **ADA REQUIREMENTS:** |
|---|
| In accordance with the Americans with Disabilities Act, it is possible that requirements may be modified to reasonably accommodate disabled individuals. However, no accommodations will be made which may pose serious health or safety risks to the employee or others or which impose an undue hardship on the company.<br><br>Reasonable accommodations may be made to enable qualified individuals with disabilities to perform the essential functions. The term "qualified individual with a disability" means an individual with a disability who, with or without reasonable accommodation, can perform the essential functions of the position.<br><br>**PHYSICAL ACTIVITIES:**<br>• Reading, writing and communicating fluently in English<br>• Hearing and speaking to express ideas and/or exchange information in person or over the telephone<br>• Seeing to read labels, posters, documents, PC screens, etc.<br>• Sitting, standing, moving about or walking for occasional or frequent periods of time<br>• Dexterity of hands and fingers to operate a computer keyboard and other office equipment<br>• Kneeling, bending at the waist, stooping and reaching overhead<br>• Retrieving and storing files and supplies; occasionally carrying and/or lifting light objects<br>**WORKING CONDITIONS:**<br>• General office setting |

| **By signing below, I acknowledge that I have received a copy of the Position Description and I am expected to read and familiarize myself with the contents pertaining to the functions and responsibilities of the position.** |
|---|
| **Employee Print Name:** |
| **Employee Signature:** |
| **Date:** |

Felissa Davis
2936 9th Street
Niagara Falls, NY 14305
March 23, 2020


EEOC
Jean Mulligan
Olympic Towers
300 Pearl street
Buffalo, NY 14202
Case numbers 525-2019-01323, 525-2019-00539
March 25, 2020

Dear Miss Mulligan,

Thanks for the email last week. At this time, I am feeling a little uneasy. We touch base back in December of 2019, you stated you were assigned my cases and was ready to make a decision. I know this is very careful work and needs your expertise. I have to mention the last couple of months have been very difficult. I never realize these people will do anything to win. Has there been any new evidence or concerns?  Because something is clearly going down!

Recently, an employee from Spectrum contacted me. At first, I assume he had good intentions. But his conversations continued to lean towards probing questions.He stated he wanted to hang and etc. Thus, I then noticed he was contacting me from his work phone. I asked him. "Is this your work phone he said Yes?" I told him it was a conflict of interest to do so. Long story short, he started texting from a minute phone that I thought was suspicious. Then he continued to contact me by texting and phone on his work phone. I informed him of my thoughts. He then stated, he was not going to contact me anymore. But later on he did. He offered to take me to dinner. But I was probing him also. He seemed very geared toward throwing questions out to get answers out of me. It was not happening. I even told him I was contacting my legal team. He was enraged. I have the text messages in my possession. I told him if his intentions were not genuine I would seek legal action.

I am not sure what information that was submitted, but entrapment is a crime. I have submitted irrefutable information that supports I had been harassed, discriminated against during my employment.  I even supplied emails that were sent from their Human Resource Department with my Job description. Terminated, after supplying Spectrum Staff members with an exact date of injury of my workers compensation claim, had my worksite transferred to the 1280 Main Street, moved from Erie County probation. I went from 2 clients at Erie County Probation to being in the office completing a futile task I had already completed when I arrived in June of 2019. The new position at ERUS at Erie County Probation, did not have any open cases. The cases I received were

transferred to this writer from Lindsey Carey. The program was still being developing and the used my expertise to straighten out the kinks, because the Senior Lindsey had no experience. I created Manuels, trained her on the HIPPAA policy and etc. But when I gave them a date for possible injury date. All hell broke lose. I was called back to the office and given a job that was already completed before I transferred to Probation.  I was the lowest paid caseworker in the department with the highest caseload. One other gentlemen in the department making over $65,000 a year and he had a Bachelor's degree and certified CASAC. Not a training CASAC-T.  In fact, just so you understand no one can became a certified CASAC without a Bachelors degree.

They were trying to figure out a way to terminate  my employment with provocation and they could not. Those voice mails tells the whole story. I did not attempt to mislead and ask questions that might incriminate them. Spectrum teamed up with NYS Parole to put me in a compromising position and that was thwarted.   Mark Hendrickson, made those statements on his own volition on those voice recordings. What's next? They are determined to find information about me that is not there.

They are guilty as sin. Please submit this correspondence as part of my record. Please contact me at the above number for any questions. Thanking you in advance.

Sincerely,

Felissa Davis

## Davis, Felissa

| | |
|---|---|
| **From:** | Mrgich, Glenn |
| **Sent:** | Tuesday, October 10, 2017 4:52 PM |
| **To:** | Volanis, Georgina |
| **Cc:** | Davis, Felissa |
| **Subject:** | Gina --I will need Felissa to be in a Re-Entry team meeting at 8:30 am about 30 to 45 min s thx Glenn |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Subject**   FW: Letter

**From**   Davis, Felissa
<davisf@shswny.org>

**To:**   'felissa.davis@yahoo.com'
<felissa.davis@yahoo.com>

**Date**   Oct 29, 2018 at 1:18 PM


-----Original Message-----
From: Davis, Felissa
Sent: Monday, October 08, 2018 5:03 PM
To: Gutowski, Julie <gutowskij@shswny.org>
Subject: Letter

Thanks

-----Original Message-----
From: adminpr1
[mailto:adminpr1@spectrumhumanservices.org]
Sent: Monday, October 08, 2018 1:51 PM
To: Davis, Felissa <davisf@shswny.org>
Subject: Send data from MFP11528561
10/08/2018 13:51

Scanned from MFP11528561
Date:10/08/2018 13:51
Pages:1
Resolution:200x200 DPI

-----------------------------------------


CAUTION: The documents and information
included with this e-mail transmittal contains
information from Spectrum Human Services,
which is confidential and/or privileged and/or
exempt from disclosure under applicable laws,
including Federal Title 42, CFR, part 2 for the use
of the addressee. You are hereby notified that any
disclosure, copying, distribution or use of the
contents of the e-mailed information by other than

the addressee is prohibited.

Felissa Davis
2936 9th Street
Niagara Falls, NY 14305

Julie Gutowski
Vice President of Clinical Operations
Spectrum Health & Human Services
227 Thorn Ave.
Orchard Park, NY

October 8, 2018

Dear Ms. Gutowski,

I am writing you regarding a pay increase. Last year around this time I was given the opportunity to become fulltime in the Re-Entry Department. I thank God every day for the opportunity afforded to me. I know it would not have been possible without Glenn and your blessing.

I have one of the largest caseloads and I believe the highest percentage of 45-day treatment linkages in the program. I utilize cost efficient strategies' such as negotiating no cost for the agency for  birth certificates for clients, utilizing Medicaid transportation resources for bus passes to limit token distribution and ultimately finding other resources for client' s to assist in the stability of the Parolee. Initializing effective communication with NYS Parole Officers with information and resources in out of the community.

The other issue that is really bothering me is last year Human resources contacted me and informed me when I became fulltime my Grade level changed to an 8. It was even changed in ADP and mailed me a letter confirming the Grade level. Then I just noticed my grade level is now a 6.  Well. I thought Fulltime Re-entry Case managers were Grade Level 8. I do hold a Bachelor's Degree in Criminal Justice/ Sociology. I not sure if this was an over sight. Thus, whether the decision is I will accept with pride and keep moving forward. Thanking you, in advance for your time.

Sincerely,

Felissa Davis

**Subject**   Fw: Fwd: INTERNAL POSTING

**From**   Felissa Davis
<felissa.davis@yahoo.com>

**To:**   Felissa Davis
<fadavis@outlook.com>

**Date**   Jul 15, 2019 at 1:18 PM

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Friday, January 18, 2019, 1:11 AM, Davis, Felissa
<davisf@shswny.org> wrote:

Sent from my iPhone

Begin forwarded message:

From: "Weinborg, Theresa"
<Weinborgt@shswny.org<mailto:Weinborgt@sh
swny.org>>
Date: August 20, 2018 at 11:00:30 AM EDT
To: All Users
<AllUsers@shswny.org<mailto:AllUsers@shswn
y.org>>
Subject: INTERNAL POSTING

Title:

Re-Entry Coordinator

Location:

Erie Co.

FLSA Classification:

Full Time (Non-Exempt)

**Davis, Felissa**

| | |
|---|---|
| **From:** | Davis, Felissa |
| **Sent:** | Friday, September 08, 2017 1:27 PM |
| **To:** | Mrgich, Glenn; Joyner, Matthew |
| **Subject:** | Vacation hours |

Good afternoon, I have not had a chance to tell you how much I enjoyed being part of your team. I really loved everyone in the department. However, I know we will bump heads again. So until we meet again I only have good thoughts about Reentry services.

Now getting back to the point. It was made aware to me that I can use vacation hours in my paycheck for the last week I was in Reentry. I spoke with Danielle and she states you or Matthew would have to approve the hours for that pay period. I would of attempted to use them sooner, but they were not listed on my benefit section in ADP. Danielle just did the conversion today. Thanking you in advance.

Sincerely,


Felissa Davis

1

## Davis, Felissa

| | |
|---|---|
| **From:** | Davis, Felissa |
| **Sent:** | Friday, August 11, 2017 12:21 PM |
| **To:** | Mrgich, Glenn |
| **Subject:** | RE: Hours |

Thanks, I will make sure I complete on Thursdays moving forth..

**From:** Mrgich, Glenn
**Sent:** Friday, August 11, 2017 9:03 AM
**To:** Davis, Felissa <davisf@shswny.org>
**Cc:** Joyner, Matthew <joynerm@shswny.org>
**Subject:** RE: Hours

That is fine but this should be approved with Matt beforehand .Please remember time card needs to be completed on Thursday . Is your card completed ?

**From:** Davis, Felissa
**Sent:** Friday, August 11, 2017 9:00 AM
**To:** Mrgich, Glenn <mrgichg@shswny.org>
**Subject:** Hours

Good Morning, I was wandering last week I was unable to work 18.50 hours . I think I logged in for 16 hours. Today according to my schedule I can only work 3 hours due to my hours I already accumulated.  Today I will be at Parole for most of my shift. Can I work the 2.5 hours I missed from last week to catch up on these intakes? It will give me a total of 37 hours for the pay period. Thanking you in advance.

Sincerely,

Felissa Davis

1

## Davis, Felissa

| | |
|---|---|
| **From:** | Davis, Felissa |
| **Sent:** | Thursday, October 12, 2017 3:22 PM |
| **To:** | Mrgich, Glenn |
| **Subject:** | flex hours |

Good Afternoon, I just wanted you to know I was running late yesterday due to traffic, so I plan on flexing my schedule and leaving at 4:45 TODAY.  I will still keep my time card as 4:30pm, right? Before I forget...Thanks for bringing me back to the team, Thank You. Thanking you in advance.

Sincerely,


Felissa Davis

1

**Davis, Felissa**

| | |
|---|---|
| **From:** | Mrgich, Glenn |
| **Sent:** | Thursday, October 12, 2017 3:37 PM |
| **To:** | Davis, Felissa |
| **Subject:** | Re: flex hours |

If you started 15 late yes

Sent from my iPhone

On Oct 12, 2017, at 3:21 PM, Davis, Felissa <davisf@shswny.org> wrote:

> Good Afternoon, I just wanted you to know I was running late yesterday due to traffic, so I plan on flexing my schedule and leaving at 4:45 TODAY. I will still keep my time card as 4:30pm, right? Before I forget...Thanks for bringing me back to the team, Thank You. Thanking you in advance.
>
> Sincerely,
>
>
> Felissa Davis

.

1

**Davis, Felissa**

| | |
|---|---|
| **From:** | Mrgich, Glenn |
| **Sent:** | Wednesday, April 17, 2019 2:27 PM |
| **To:** | Drake, Tanya; Davis, Felissa; Gray, Ed; Simmons, Cornelia |
| **Subject:** | save -print sign date -scan to Glenn and Tanya -today thanks |
| **Attachments:** | DCJS ReEntry procedures #1.docx; DCJS staff Schedule.docx; doc 2.docx; Follow up and discharges 4.docx |

Glenn Mrgich BA CASAC
Erie County Re-Entry Task Force Co-ordinator
Buffalo ,NY 14209
716 539 5409
mrgichg@shswny.org
Glenn.Mrgich@erie.gov

4/18/2019

1

DCJS staff Schedule

Tanya Drake –Mon thru Fri –8:30 to 4:30 except during RSW days which will be 8am to 4pm

Current responsibility meet with Ed Gray and Felissa Davis    1x per wk. PIPS supervision

Weekly meeting w/ parole to obtain referrals –daily check in with staff –at 8:30 AM –assigned staff at parole need to check in with Tanya at 8:30 on assigned days

–Tanya responsible for RSW grp material –speakers –DCJS roster sign in sheets for Frank

–bi weekly case review with Grace House/Bissonette House /City Mission -

Maintain active case load of 20 to 25 –in charge of daily bus pass –all need to be approved by her -

Felissa Davis Mon thru Fri –8:30 to 4:30-3x`s per wk. –parole assessments –maintain active case load 50-60 cases –complete all weekly lists correct and on time –complete all notes with in 24 hour time frame

Ed Gray –Tues /Wed /Thurs  8:30 to 5:30 –Fri8:30 to  4:30 -3x`s  per wk parole assessments –maintain active case load 50-60 cases –complete all weekly lists correct and on time –complete all notes with in 24 hour time frame—1x per month Wed parole orientation 8:30 10:30 –11am to  5:30 pm –office –new hours Mon 2:30 to 6pm

Cornelia Simmons –Mon Wed Thurs -8:00 -4:00—Tues /Fri   8:30 12:30 ERUS 1PM to 4:30 DCJS

STARTING 5-1-19 Glenn DCJS/ERUS Reentry only schedule will vary Mon thru Fri 8:30 to 4:30 PM

ALL SCHEDULE WILL VARY FROM TIME TO TIME –personal /vacation time/float holiday needs to be requested in advance –at minimum 1 week.

PAROLE SCHEDULE

Mon/Wed/Thurs-Felissa Davis @parole assessments 8:30am to 12:30 –lunch30 min /traveltime30 min – office 1:30 to 4:30 pm

Tues /Wed /Fri –Ed Gray @parole assessments 8:30am to 12:30 –lunch30 min /traveltime30 min –office 1:30 to 5:30 pm Tues /Wed 4:30 Fri—every 3rd Wed 8am parole 8:30 parole orientation

Wed /Fri –Tanya Drake @parole assessments -8:30am to 12:30—and when needed

Team meetings will be every Mon at 2:30 pm to 4pm starting 4-15-19 -1st floor

4/18/2019

## Davis, Felissa

**From:** Carey, Lindsey
**Sent:** Monday, June 24, 2019 10:50 AM
**To:** Davis, Felissa
**Subject:** signed doc

I need your original signature on a document today. Can you take a ride over here, I can run out of the back door on Pear and have you sign it quick. The earlier the better, not end of day. Round trip this will take you no more that maybe 15 mins. Coming down pearl, once you cross over Court-St, we're right after the parking ramp, you can just pull over and let me know you're here via text and I'll run out.

*Lindsey Carey CASAC-T*
*Spectrum Health & Human Services*
*Re-entry Sr Care Coordinator*
*(716) 534-0748*

1

## Davis, Felissa

| | |
|---|---|
| **From:** | Mrgich, Glenn |
| **Sent:** | Friday, August 11, 2017 9:03 AM |
| **To:** | Davis, Felissa |
| **Cc:** | Joyner, Matthew |
| **Subject:** | RE: Hours |

That is fine but this should be approved with Matt beforehand . Please remember time card needs to be completed on Thursday . Is your card completed ?

**From:** Davis, Felissa
**Sent:** Friday, August 11, 2017 9:00 AM
**To:** Mrgich, Glenn <mrgichg@shswny.org>
**Subject:** Hours

Good Morning, I was wandering last week I was unable to work 18.50 hours . I think I logged in for 16 hours. Today according to my schedule I can only work 3 hours due to my hours I already accumulated.  Today I will be at Parole for most of my shift. Can I work the 2.5 hours I missed from last week to catch up on these intakes? It will give me a total of 37 hours for the pay period. Thanking you in advance.

Sincerely,


Felissa Davis

1

## Davis, Felissa

**From:** Davis, Felissa
**Sent:** Friday, August 11, 2017 9:00 AM
**To:** Mrgich, Glenn
**Subject:** Hours

Good Morning, I was wandering last week I was unable to work 18.50 hours . I think I logged in for 16 hours. Today according to my schedule I can only work 3 hours due to my hours I already accumulated.  Today I will be at Parole for most of my shift. Can I work the 2.5 hours I missed from last week to catch up on these intakes? It will give me a total of 37 hours for the pay period. Thanking you in advance.

Sincerely,


Felissa Davis

1

## Davis, Felissa

| | |
|---|---|
| **From:** | Mrgich, Glenn |
| **Sent:** | Thursday, November 30, 2017 9:58 AM |
| **To:** | Gordon, Bonnie |
| **Cc:** | Davis, Felissa |
| **Subject:** | RE: Cell phones |

Thank you

**From:** Gordon, Bonnie
**Sent:** Thursday, November 30, 2017 9:57 AM
**To:** Mrgich, Glenn <mrgichg@shswny.org>
**Subject:** RE: Cell phones

Yes I have a new one here I will set it up and interoffice it tomorrow

**From:** Mrgich, Glenn
**Sent:** Thursday, November 30, 2017 9:18 AM
**To:** Gordon, Bonnie <gordonb@shswny.org>
**Subject:** RE: Cell phones

--I-PHONE --if possible --thx

**From:** Gordon, Bonnie
**Sent:** Thursday, November 30, 2017 9:16 AM
**To:** Mrgich, Glenn <mrgichg@shswny.org>
**Subject:** RE: Cell phones

Ah, usually I just tell people to keep their phones, but I know CARES handles it differently. Flip phone or iPhone for her?

**From:** Mrgich, Glenn
**Sent:** Thursday, November 30, 2017 9:01 AM
**To:** Gordon, Bonnie <gordonb@shswny.org>
**Cc:** Davis, Felissa <davisf@shswny.org>
**Subject:** RE: Cell phones

Bonnie --she was never assigned one --or never received it --her position changed from --re-entry to cares and back --I think she fell between cracks --if she can get a phone it would be great --thx

**From:** Gordon, Bonnie
**Sent:** Thursday, November 30, 2017 8:36 AM
**To:** Mrgich, Glenn <mrgichg@shswny.org>
**Subject:** RE: Cell phones

Did she still not get one? I have her on the list as having one. Should she have an iPhone or flip phone?

1

**From:** Mrgich, Glenn
**Sent:** Tuesday, November 28, 2017 4:41 PM
**To:** Gordon, Bonnie <gordonb@shswny.org>
**Cc:** Davis, Felissa <davisf@shswny.org>; Gutowski, Julie <gutowskij@shswny.org>
**Subject:** Cell phones

Bonnie- thx for helping case mgrs with signature pads-any progress on getting FElissa a cell phone for re entry - Glenn

Sent from my iPhone

2

## Davis, Felissa

| | |
|---|---|
| **From:** | Carey, Lindsey |
| **Sent:** | Friday, June 21, 2019 9:10 AM |
| **To:** | Davis, Felissa |
| **Subject:** | food pantry and homeless shelter doc |

Hi,

Can you add the following to the reference sheet you created under homeless shelters and then send back to me.
Harbor House 241 Genesee St Buffalo 14204 842-4184 (adult men and women with mental health diagnosis)
Little Portions Friary 1305 Main St Buffalo 14209 882-5705 (adult men and women)
Salvation Army 960 Main St Buffalo 14202 883-9800 or 884-4798

Thanks!

*Lindsey Carey CASAC-T*
*Spectrum Health & Human Services*
*Re-entry Sr Care Coordinator*
*(716) 534-0748*

1



**Catholic Health**
## Mount St. Mary's Hospital
### Neighborhood Health Center

3001 Ninth Street
Niagara Falls, NY 14305
Phone: (716) 284-8917  • Fax: (716) 284-2474 or (716) 342-3025

### Fax Cover Letter

| Date: | 1-18-19 | Number of Pages Including Cover: 2 |
|---|---|---|

**Recipient Information**

| To: | Spectrum | |
|---|---|---|
| Telephone: | | Fax: 842-0988 |

**Sender Information (Department Sending the Fax):**

| From: | | |
|---|---|---|
| Telephone: | | Fax: |

Comments:

Felissa Davis
DOB 05-03-1972

### Confidentiality Notice: Confidential Health Information Enclosed

Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being faxed to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.

If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is **Strictly Prohibited**. If you have received this message by error, please notify the sender immediately to arrange for return or destruction of these documents.



### MOUNT St. MARY'S
HOSPITAL AND HEALTH CENTER
*Your hospital for life.*

### NEIGHBORHOOD HEALTH CENTER
3101 Ninth Street
Niagara Falls, NY 14305
(716) 284-8917    Fax (716) 284-2474

January 17, 2019

**RE:    FELISSA DAVIS**

To Whom It May Concern:

This note is to certify that the above referenced patient has been under my care and is able to return to work as of 1/15, 16, 17 and moving forward with no restictions.

If you need anything further, please feel free to contact the office at the number listed above.

Sincerely,

Mount St. Mary's
*Neighborhood Health Center*

Davis, Felissa
RE:  Send data from MFP11530303 06/17/2019 05:34
Jul 1, 2019 at 11:45:29 AM

Good morning I am not sure what you mean by this. What I said was, I counted up all my vacation hours, sick time used and personal time and compared it to hours accumulated based on the hours used and it seems to be a discrepancy in balance. According to what was listed in the employee manual. Thanks

-----Original Message-----
From: Gregoire, Danielle
Sent: Friday, June 28, 2019 3:12 PM
To: Davis, Felissa <davisf@shswny.org>; Hendrickson, Mark <hendricksonm@shswny.org>
Subject: RE: Send data from MFP11530303 06/17/2019 05:34

Hi Mark,
I am still back and forth with Felissa regarding the Floating Holidays.
She consistently says ok, when I explain her floating holiday accrual, but then she brings it up again!
Ill keep you posted
Thanks
Danielle

-----Original Message-----
From: Davis, Felissa
Sent: Monday, June 17, 2019 8:56 AM
To: Hendrickson, Mark <hendricksonm@shswny.org>
Cc: Gregoire, Danielle <gregoired@shswny.org>
Subject: FW: Send data from MFP11530303 06/17/2019 05:34

Good morning, as I stated I would forward you the document. I was hoping if there is a discrepancy in my hours cold you forward the hours to this pay period.

Also, while I have you attention. I mention previously back in January I lost 22.5

hours because I had to leave work and miss three days of employment because Glenn stated Julie said my medical note was not sufficient. The medical documentation was sufficient. I had to wait 3 days until the provider who originally wrote the note was in the office and I was able to return to work. Can I be refunded those days?  Thanking you in advance.

-----Original Message-----
From: ccpr1@spectrumhumanservices.org
[mailto:ccpr1@spectrumhumanservices.org]
Sent: Monday, June 17, 2019 8:35 AM
To: Davis, Felissa <davisf@shswny.org>
Subject: Send data from MFP11530303 06/17/2019 05:34

Scanned from MFP11530303
Date:06/17/2019 05:34
Pages:2
Resolution:200x200 DPI

----------------------------------------

CAUTION: The documents and information included with this e-mail transmittal contains information from Spectrum Human Services, which is confidential and/or privileged and/or exempt from disclosure under applicable laws, including Federal Title 42, CFR, part 2 for the use of the addressee. You are hereby notified that any disclosure, copying, distribution or use of the contents of the e-mailed information by other than the addressee is prohibited.

1/5/2021

To whom it may concern:

I would like to apologize for not having all my correspondences typed. But I would like to confirm you since me filing a complaint with the EEOC I have been stalked, harassed, Ring security device compromised, victim of a burglary, legal documents supporting this Claim stolen from my home, my email account hacked and any history of documents submitted to EEOC deleted. Further, I would like to report my cat was murdered right outside my home and the video surveillance proving who was involved deleted.

I have been stressing and scared to come forth. They have also compromised my phone. I even have attempted to contact the NYS Attorney General and Senator Charles Schumer for assistance, at this time no one has responded. I would love to supply some of the videos I was able to salvage. If families dues happen to me it is a result of this injury.

①

Make no mistake - I have contacted the
local police, but they have been part of the
problem. (NFPD)

Thanking you in advance
Sincerely,
Julissa Rivers

Plus - they have hacked my internet
and I am unable to use the function
of my printer at this point.

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff  *Niagara*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Pro Se*

Attorneys *(If Known)*  *Rosemary Enright, Esq. Barclay Damon LLP, Larkin at Exchange, 726 Delaware Ave St 1200, Buffalo, NY*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☒ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE  *1/5/2021*

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____